UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:06-0900 |
| and | ) ) | Judge Trauger |
| JOHN DOE, | ) ) | |
| Plaintiff-Intervenor, | ) ) | |
| v. | ) ) | |
| FORD MOTOR CREDIT COMPANY, | ) ) | |
| Defendant/Counter-Plaintiff and Counter-Plaintiff | ) ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 48) is **DENIED**.

It is so ordered.

Enter this 14th day of January 2008.

ALETA A. TRAUGER
United States District Judge